# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**STEPHEN LOUIS SHERMOND BUFORD**                            **PLAINTIFF**
**ADC #116840**

**V.**                     **NO. 4:22-cv-01212-LPR-ERE**

**RODNEY D. BROWN,** *et al.*                                   **DEFENDANTS**

## RECOMMENDED DISPOSITION

**I.**     **Procedure for Filing Objections:**

This Recommendation for dismissal has been sent to United States District Lee P. Rudofsky. Any party may file written objections to all or part of this Recommendation. Any objections filed must: (1) specifically explain the factual and/or legal basis for the objection; and (2) be received by the Clerk of this Court within fourteen (14) days of the date of this Recommendation. If no objections are filed, Judge Rudofsky may adopt this Recommendation without independently reviewing all of the evidence in the record. By not objecting, the parties may waive the right to appeal questions of fact.

**II.**     **Background:**

Plaintiff Stephen Louis Shermond Buford, an Arkansas Division of Correction ("ADC") inmate, filed this civil rights lawsuit *pro se* under 42 U.S.C. § 1983. *Doc. 2, 7*. Mr. Buford alleged that, on February 28, 2022: (1) Defendant Rodney D. Brown and John Martin used excessive force against him; and (2)

Defendants Brown, Martin, and Sharon Rollans were deliberately indifferent to his serious medical needs. I previously recommended that Mr. Buford's claim that Defendants Brown and Martin violated Mr. Buford's constitutional rights by allowing him to be housed in a cell without running water, a mattress, or a blanket for three days be dismissed, without prejudice. *Doc. 8*. That Recommendation remains pending.

On April 5, 2023, Mr. Buford filed a motion to voluntarily dismiss his claims. *Doc. 29*. He explains that he "no longer wish[es] to pursue this civil suit." *Id. at 1*. This case is in its early stages; an initial scheduling order has not yet been entered in the case. For good cause shown, Mr. Buford should be permitted to dismiss this action. See Fed. R. Civ. P. 41(a)(2).

### III. Conclusion:

IT IS THEREFORE RECOMMENDED THAT:

1. Mr. Buford's motion to voluntarily dismiss his claims (*Doc. 29*) be GRANTED.

2. Mr. Buford's claims be DISMISSED, without prejudice.

3. The Clerk be instructed to close this case.

Dated this 6th day of April, 2023.

_____
UNITED STATES MAGISTRATE JUDGE