IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**STEPHEN LOUIS SHERMOND BUFORD**                         **PLAINTIFF**
**ADC #116840**

v.                  **Case No. 4:22-cv-01212-LPR**

**RODNEY D. BROWN, et al.**                                          **DEFENDANTS**

**ORDER**

The Court has received a Recommendation from Magistrate Judge Edie R. Ervin (Doc. 31). No objections have been filed, and the time for doing so has passed. After carefully considering the Recommendation and making a *de novo* review of the record in this case, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in its entirety.

Accordingly, Mr. Buford's motion to voluntarily dismiss his claims (Doc. 29) is GRANTED. Mr. Buford's claims are DISMISSED without prejudice. Judgment shall be entered accordingly, and this case will be CLOSED. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an *in forma pauperis* appeal of this Order or the accompanying Judgment would not be taken in good faith.[1]

IT IS SO ORDERED this 26th day of April 2023.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE

---

[1] Judge Ervin's Partial Recommendation (Doc. 8) is moot.